UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAREN-BRANDEE D. WILLIAMS ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | 1:12-CV-3272-ODE-LTW |
| ) | |
| CITY OF FOREST PARK, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' AMENDED RULE 68**
**OFFER OF JUDGMENT TO PLAINTIFF**

COME NOW, City of Forest Park, Corine Deyton, John Parker, Sparkle Adams, Linda Lord, and Maudie McCord, all of the Defendants herein, and make this Offer of Judgment to Plaintiff pursuant to Rule 68 of the Federal Rules of Civil Procedure.

Defendants offer to allow judgment to be taken against them collectively in the total amount of thirty-five thousand dollars ($35,000.00) in satisfaction of all of Plaintiff's pending claims against all Defendants in the above-referenced matter. This Offer of Judgment in the amount of thirty-five thousand dollars ($35,000.00) includes all of Plaintiff's costs and reasonable attorney's fees incurred in this Civil Action.

This Offer of Judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, in satisfaction of all pending claims asserted by Plaintiff against Defendants in this civil action. If Plaintiff chooses to accept this Offer of Judgment, Plaintiff must serve written notice of such acceptance upon the undersigned counsel for Defendants within fourteen (14) days after the date of service indicated herein. If Plaintiff does not accept this Offer of Judgment within that time, it shall be deemed withdrawn and no evidence of this Offer of Judgment shall be admissible in any proceeding except in a proceeding to determine costs and fees in this civil action.

                                                    **FREEMAN MATHIS & GARY, LLP**

                                                    */s/ Kelly Eisenlohr-Moul*
                                                    Benton J. Mathis, Jr.
                                                    Georgia Bar No. 477019
                                                    Kelly Eisenlohr-Moul
                                                    Georgia Bar No. 558153

                                                    Counsel for Defendants

100 Galleria Parkway
Suite 1600
Atlanta, Georgia  30339-5948
T:  770.818.0000
F:  770.937.9960
E:  bmathis@fmglaw.com
E:  kmorrison@fmglaw.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAREN-BRANDEE D. WILLIAMS )<br>)<br>Plaintiff,      )<br>)   CIVIL ACTION FILE NO.<br>v.         )   1:12-CV-3272-ODE-LTW<br>)<br>CITY OF FOREST PARK, et al.  )<br>)<br>Defendants.     )<br>_____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing **DEFENDANTS' AMENDED RULE 68 OFFER OF JUDGMENT TO PLAINTIFF** by depositing said copy in the United States Mail, proper postage affixed thereon, on counsel of record as follows:

James Radford, Esq.
Caleb Cross, Esq.
James Radford, LLC
545 N. McDonough St., Suite 212
Decatur, Georgia 30030

This 28th day of June, 2013.

Kelly Eisenlohr-Moul
Georgia Bar No. 558153